# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs )<br>)<br>BRAD GOWDER, )<br>)<br>Defendant. ) | CASE NO.<br>2:19-MJ-00048-1-JCF |

## ORDER APPOINTING COUNSEL

The Court finds the Defendant, the individual named below, having testified under oath or having otherwise satisfied this Court that he or she is financially unable to employ counsel, is indigent, and because the interest of justice so require;

IT IS ORDERED that S. Fenn Little is hereby appointed to represent Defendant Brad Gowder.

This 16th day of October, 2019.

/s/ *J. Clay Fuller*
UNITED STATES MAGISTRATE JUDGE